1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   ANDRE JAMES CLARK, SR.,              1:24-cv-00720-HBK (PC)
12                    Plaintiff,
13        v.                              ORDER TRANSFERRING CASE TO
                                          SACRAMENTO DIVISION OF THE
14   CALIFORNIA DEPARTMENT OF             EASTERN DISTRICT OF CALIFORNIA
     CORRECTIONS, et al.                  AND CLOSING CASE IN FRESNO
15                                        DIVISION
                     Defendant.
16
17
18        Plaintiff, a state prisoner, initiated this *pro se* action by filing a civil rights complaint

19   under 42 U.S.C. § 1983 accompanied with an application to proceed *in forma pauperis*.  (Doc.

20   Nos. 1, 2).  Because the events giving rise to the cause of action occurred in Solana County,

21   which is located within the venue of the Sacramento Division of this Court.  *See* 28 U.S.C. §

22   1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing

23   federal court jurisdiction and venue in a § 1983 action).  Pursuant to Local Rule 120(f), a civil

24   action which has not been commenced in the proper court may, on the court's own motion, be

25   transferred to the correct court.  The Court finds it in the interests of justice to transfer this case to

26   the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

27        Accordingly, it is **ORDERED**:

28        1.        The Clerk of Court is directed to transfer this action to the Sacramento Division of

                                            1

1    this Court and close the case in this division.

2        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

3    filed at:

4                    United States District Court
                    Eastern District of California
5                    501 "I" Street, Suite 4-200
                    Sacramento, CA 95814
6

7        3.  This Court defers rulings on Plaintiff's request to proceed *in forma pauperis* (Doc. No.

8    2) to the transferee court.

9

10   Dated:    June 21, 2024

11                                         HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2