1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDRE JAMES CLARK, SR.,                    No.  2:24-cv-1748 TLN AC P

12                     Plaintiff,

13          v.                                   ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                      Defendants.
16

17

18          Plaintiff Andre James Clark Sr. ("Plaintiff"), a former state prisoner and current county

19   inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The

20   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

21   Local Rule 302.

22          On January 29, 2025, the magistrate judge filed findings and recommendations which

23   were served on Plaintiff and which contained notice that any objections to the findings and

24   recommendations were to be filed within twenty-one (21) days.  (ECF No. 16.)  This deadline has

25   passed and Plaintiff has not filed objections to the findings and recommendations.

26          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

27   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

28   *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the

1

magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").

Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 16) are ADOPTED in full;

2.  The complaint is DISMISSED without leave to amend for failure to state a claim; and

3.  The Clerk of the Court is directed to CLOSE this case.

DATED: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE